**Fill in this information to identify the case:**

Debtor name __Quicksilver Capital LLC__

United States Bankruptcy Court for the:
__Eastern District of New York__

Case number (if known): __8-24-71822__

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**
Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.2**
Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor   **Quicksilver Capital LLC**   Case number *(if known)*   **8-24-71822**
         Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>4208 LLC<br>181 S. Franklin Ave.<br>Valley Stream, NY 11581<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $659,418.75 |
| **3.2** Nonpriority creditor's name and mailing address<br>A Zeines<br>1099 Park Place<br>Brooklyn, NY 11213<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $210,431.25 |
| **3.3** Nonpriority creditor's name and mailing address<br>CSC<br>PO Box 13397<br>Philadelphia, PA 19101<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $1,051.90 |
| **3.4** Nonpriority creditor's name and mailing address<br>ETC Cust FBO F Puderbeutel<br>1 Equity Way<br>Westlake, OH 44145<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $24,410.00 |

Debtor    **Quicksilver Capital LLC**               Case number (if known)    **8-24-71822**
              Name

## Part 2: Additional Page

### 3.5
**Nonpriority creditor's name and mailing address**
ETC CUST FBO/ Marvin Neiman

1 Equity Way

Westlake, OH 44145

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$21,413.89

### 3.6
**Nonpriority creditor's name and mailing address**
ETC Custodian FBO Murray Puderbeutel

1 Equity Way

Westlake, OH 44145

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$48,820.08

### 3.7
**Nonpriority creditor's name and mailing address**
Eugene Kim

823 E. 16th Street 301

Brooklyn, NY 11230

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$229,845.00

### 3.8
**Nonpriority creditor's name and mailing address**
F Puderbeutel

1820 Avenue K

Brooklyn, NY 11230

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$771,966.00

Debtor  **Quicksilver Capital LLC**  Case number (if known) **8-24-71822**
Name

## Part 2: Additional Page

**3.9** Nonpriority creditor's name and mailing address
First Realty LLC
1820 Avenue K
Brooklyn, NY 11218

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$10,615.31

**3.10** Nonpriority creditor's name and mailing address
Invictus Trust
66 Lewis Avenue
Atlantic Beach, NY 11509

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$396,305.00

**3.11** Nonpriority creditor's name and mailing address
Issur Handler
28 Majestic Way
Lakewood, NJ 08701

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$126,915.00

**3.12** Nonpriority creditor's name and mailing address
J Greenberger
754 Althouse Street
Woodmere, NY 11598

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$17,692.19

Debtor    **Quicksilver Capital LLC**  Case number *(if known)*  **8-24-71822**
          Name

## Part 2: Additional Page

**3.13** Nonpriority creditor's name and mailing address

J Tepfer Family Trust

4313 18th Avenue

Brooklyn, NY 11218

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$72,717.65

---

**3.14** Nonpriority creditor's name and mailing address

Jack Jaffa

147 Prince Street

Brooklyn, NY 11201

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$153,230.00

---

**3.15** Nonpriority creditor's name and mailing address

Jacobowitz Newman Tversky

377 Pearsall Ave.

Cedarhurst, NY 11516

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$32,375.21

---

**3.16** Nonpriority creditor's name and mailing address

Joe Robinson

1823 Avenue O

Brooklyn, NY 11230

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$459,690.00

Debtor  **Quicksilver Capital LLC**  
Name

Case number *(if known)* **8-24-71822**

## Part 2: Additional Page

**3.17** Nonpriority creditor's name and mailing address  
Jonathan Weiss  
1836 Stuyvesant Ave.  
East Meadow, NY 11554  

Date or dates debt was incurred  
Last 4 digits of account number  

As of the petition filing date, the claim is:  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☑ Disputed  

Basis for the claim: _____  

Is the claim subject to offset?  
☑ No  
☐ Yes  

$72,717.65

**3.18** Nonpriority creditor's name and mailing address  
Judah Weiss  
7087 Via Marbella  
Boca Raton, FL 33433  

Date or dates debt was incurred  
Last 4 digits of account number  

As of the petition filing date, the claim is:  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☑ Disputed  

Basis for the claim: _____  

Is the claim subject to offset?  
☑ No  
☐ Yes  

$54,538.13

**3.19** Nonpriority creditor's name and mailing address  
Leslie Capobianco  
81 Montgomery Blvd.  
Atlantic Beach, NY 11509  

Date or dates debt was incurred  
Last 4 digits of account number  

As of the petition filing date, the claim is:  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☑ Disputed  

Basis for the claim: _____  

Is the claim subject to offset?  
☑ No  
☐ Yes  

$283,075.00

**3.20** Nonpriority creditor's name and mailing address  
Lisa Kleydman  
P.O. Box 61785  
Staten Island, NY 10306  

Date or dates debt was incurred  
Last 4 digits of account number  

As of the petition filing date, the claim is:  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☑ Disputed  

Basis for the claim: _____  

Is the claim subject to offset?  
☑ No  
☐ Yes  

$45,969.00

Debtor   **Quicksilver Capital LLC**                                    Case number (if known)  **8-24-71822**
         Name

## Part 2: Additional Page

**3.21** Nonpriority creditor's name and mailing address
Loretta Mehl

41 Old Squires Rd

Hampton Bays, NY 11946

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$229,845.00

**3.22** Nonpriority creditor's name and mailing address
M Blumenfeld

5503 19th Ave.

Brooklyn, NY 11204

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$35,384.38

**3.23** Nonpriority creditor's name and mailing address
M Gottlieb

260 Central Ave. #330

Lawrence, NY 11559

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$133,998.75

**3.24** Nonpriority creditor's name and mailing address
M Tereshchemko

1560 West 10th Street #3R

Brooklyn, NY 11204

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$68,953.50

Debtor  **Quicksilver Capital LLC**            Case number *(if known)* **8-24-71822**
Name

### Part 2: Additional Page

**3.25** Nonpriority creditor's name and mailing address
M Weissman
4313 18th Avenue
Brooklyn, NY 11218

As of the petition filing date, the claim is: $72,717.65
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address
Marc Puderbeutel
1383 Seabury Ave
Bronx, NY 10461-3629

As of the petition filing date, the claim is: $48,057.72
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address
Marta Tereshchnko
1560 West 10th Street #3R
Brooklyn, NY 11204

As of the petition filing date, the claim is: $76,615.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address
Michael Puderbeutel
181 S. Franklin Ave 300
Valley Stream, NY 11581

As of the petition filing date, the claim is: $106,822.14
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **Quicksilver Capital LLC**　　　　　　　　　　　　　　　Case number (if known)  **8-24-71822**
　　　　　Name

## Part 2: Additional Page

### 3.29 Nonpriority creditor's name and mailing address
Michal Weiss
209 Causeway
Lawrence, NY 11559

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$54,538.13

### 3.30 Nonpriority creditor's name and mailing address
Mitchell Weiss
7087 Va Marbelle
Boca Raton, FL 33433

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$427,022.59

### 3.31 Nonpriority creditor's name and mailing address
MPFP Family Trust
1820 Avenue K
Brooklyn, NY 11230

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$739,341.25

### 3.32 Nonpriority creditor's name and mailing address
Murray Puderbeutel
1820 Avenue K
Brooklyn, NY 11230

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$172,050.20

Debtor   **Quicksilver Capital LLC**                                    Case number (if known)   **8-24-71822**
         Name

## Part 2: Additional Page

**3.33** Nonpriority creditor's name and mailing address

Myron Siegel

974 E. 18th Street

Brooklyn, NY 11230

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$45,969.00

---

**3.34** Nonpriority creditor's name and mailing address

Nostrand Partners LLC

1820 Avenue K

Brooklyn, NY 11230

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$70,768.75

---

**3.35** Nonpriority creditor's name and mailing address

Powerline Funding LLC

181 S. Franklin #300

Cedarhurst, NY 11581

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$495,381.25

---

**3.36** Nonpriority creditor's name and mailing address

Roman Fuman

1560 West 10th Street #3R

Brooklyn, NY 11204

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,661.50

Debtor  **Quicksilver Capital LLC**  
Name

Case number (if known)  **8-24-71822**

## Part 2: Additional Page

### 3.37
**Nonpriority creditor's name and mailing address**  
Rose Frankel  
28 Majestic Way  
Lakewood, NJ 08701

Date or dates debt was incurred  
Last 4 digits of account number

**As of the petition filing date, the claim is:**  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?  
☑ No  
☐ Yes

$36,615.00

### 3.38
**Nonpriority creditor's name and mailing address**  
Selina Siegel  
974 E. 18th Street  
Brooklyn, NY 11230

Date or dates debt was incurred  
Last 4 digits of account number

**As of the petition filing date, the claim is:**  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?  
☑ No  
☐ Yes

$7,661.50

### 3.39
**Nonpriority creditor's name and mailing address**  
Sundial Holdings LLC  
1820 Avenue K  
Brooklyn, NY 11230

Date or dates debt was incurred  
Last 4 digits of account number

**As of the petition filing date, the claim is:**  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?  
☑ No  
☐ Yes

$106,153.13

### 3.40
**Nonpriority creditor's name and mailing address**  
Susanna Weiss  
7087 Via Marbella  
Boca Raton, FL 33433

Date or dates debt was incurred  
Last 4 digits of account number

**As of the petition filing date, the claim is:**  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?  
☑ No  
☐ Yes

$54,538.13

Debtor   Quicksilver Capital LLC	Case number (if known)   8-24-71822
         Name

**Part 2:  Additional Page**

**3.41  Nonpriority creditor's name and mailing address**
Thomson Reuters
Payment Center
PO Box 6292
Carol Stream, IL 60197

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$9,834.77

**3.42  Nonpriority creditor's name and mailing address**
TK Elite
4313 18th Avenue
Brooklyn, NY 11218

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$1,535,474.19

**3.43  Nonpriority creditor's name and mailing address**
TWT Realty
4313 18th Avenue
Brooklyn, NY 11218

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$72,717.65

**3.44  Nonpriority creditor's name and mailing address**
Yeshiva Or Hadash
212 Laurie Lane
West Hempstead, NY 11552

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$227,735.87

Debtor   **Quicksilver Capital LLC**                                    Case number *(if known)*   **8-24-71822**
         Name

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $0.00 |
| 5b. | Total claims from Part 2 | 5b. + | $8,529,054.06 |
| 5c. | Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $8,529,054.06 |

**Fill in this information to identify the case:**

Debtor name: **Quicksilver Capital LLC**

United States Bankruptcy Court for the: **Eastern District of New York**

Case number (if known): **8-24-71822**    Chapter **11**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   - ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest <br> State the term remaining <br> List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest <br> State the term remaining <br> List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest <br> State the term remaining <br> List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest <br> State the term remaining <br> List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name: **Quicksilver Capital LLC**

United States Bankruptcy Court for the: **Eastern** District of **New York**
(State)

Case number (If known): **8-24-71822**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   - ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name / Mailing address | | Name | Check all schedules that apply: |
| 2.1 | _____ Street _____ City  State  ZIP Code | | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.2 | _____ Street _____ City  State  ZIP Code | | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.3 | _____ Street _____ City  State  ZIP Code | | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.4 | _____ Street _____ City  State  ZIP Code | | _____ | ☐ D  ☐ E/F  ☐ G |

Official Form 206H                 Schedule H: Codebtors                 page 1 of **2**

Debtor    **Quicksilver Capital LLC**                                        Case number (if known) **8-24-71822**
        Name

## Additional Page if Debtor Has More Codebtors

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | | Street <br><br> City  State  ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | | Street <br><br> City  State  ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

Fill in this information to identify the case:

Debtor name __Quicksilver Capital LLC__

United States Bankruptcy Court for the:
__Eastern District of New York__

Case number (if known): __8-24-71822__   Chapter __11__

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals                                 12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*........................................................................................... $0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................... $12,116.35

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................... $12,116.35

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. $0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................... $0.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ + $8,529,054.06

4. **Total liabilities**........................................................................................................ $8,529,054.06
    Lines 2 + 3a + 3b