B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re  Quicksilver Capital LLC

Case No. __8-24-71822__

**Debtor**

Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☑ **FLAT FEE**

   For legal services, I have agreed to accept ................................................................................... **$16,738.00**

   Prior to the filing of this statement I have received ........................................................................ $0.00

   Balance Due ...................................................................................................................................... $16,738.00

   ☐ **RETAINER**

   For legal services, I have agreed to accept and received a retainer of ................................... _____

   The undersigned shall bill against the retainer at an hourly rate of ........................................ _____
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. ___$1,738.00___ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

4. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

B2030 (Form 2030) (12/15)

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 05/17/2024 | /s/ Charles Wertman |
|---|---|
| Date | Charles Wertman |
| | *Signature of Attorney* |
| | Bar Number: 2593267 |
| | Law Offices of Charles Wertman P.C. |
| | 100 Merrick Road Suite 304W |
| | Rockville Centre, NY 11570-4807 |
| | Phone: (516) 359-1334 |
| | |
| | **Law Offices of Charles Wertman P.C.** |
| | *Name of law firm* |

---

Date:    05/17/2024                                                                             /s/ Michael Puderbeutel

                                                                                    **Michael Puderbeutel**

**4208 LLC**
181 S. Franklin Ave.
Valley Stream, NY 11581

**A Zeines**
1099 Park Place
Brooklyn, NY 11213

**CSC**
PO Box 13397
Philadelphia, PA 19101

**ETC Cust FBO F Puderbeutel**
1 Equity Way
Westlake, OH 44145

**ETC CUST FBO/ Marvin Neiman**
1 Equity Way
Westlake, OH 44145

**ETC Custodian FBO Murray Puderbeutel**
1 Equity Way
Westlake, OH 44145

**Eugene Kim**
823 E. 16th Street 301
Brooklyn, NY 11230

**F Puderbeutel**
1820 Avenue K
Brooklyn, NY 11230

**First Realty LLC**
1820 Avenue K
Brooklyn, NY 11218

**Invictus Trust**
66 Lewis Avenue
Atlantic Beach, NY 11509

**Issur Handler**
28 Majestic Way
Lakewood, NJ 08701

**J Greenberger**
754 Althouse Street
Woodmere, NY 11598

**J Tepfer Family Trust**
4313 18th Avenue
Brooklyn, NY 11218

**Jack Jaffa**
147 Prince Street
Brooklyn, NY 11201

**Jacobowitz Newman Tversky**
377 Pearsall Ave.
Cedarhurst, NY 11516

**Joe Robinson**
1823 Avenue O
Brooklyn, NY 11230

**Jonathan Weiss**
1836 Stuyvesant Ave.
East Meadow, NY 11554

**Judah Weiss**
7087 Via Marbella
Boca Raton, FL 33433

**Leslie Capobianco**
81 Montgomery Blvd.
Atlantic Beach, NY 11509

**Lisa Kleydman**
P.O. Box 61785
Staten Island, NY 10306

**Loretta Mehl**
41 Old Squires Rd
Hampton Bays, NY 11946

**M Blumenfeld**
5503 19th Ave.
Brooklyn, NY 11204

**M Gottlieb**
260 Central Ave. #330
Lawrence, NY 11559

**M Tereshchemko**
1560 West 10th Street #3R
Brooklyn, NY 11204

**M Weissman**
4313 18th Avenue
Brooklyn, NY 11218

**Marc Puderbeutel**
1383 Seabury Ave
Bronx, NY 10461-3629

**Marta Tereshchnko**
1560 West 10th Street #3R
Brooklyn, NY 11204

**Michael Puderbeutel**
181 S. Franklin Ave 300
Valley Stream, NY 11581

**Michal Weiss**
209 Causeway
Lawrence, NY 11559

**Mitchell Weiss**
7087 Va Marbelle
Boca Raton, FL 33433

**MPFP Family Trust**
1820 Avenue K
Brooklyn, NY 11230

**Murray Puderbeutel**
1820 Avenue K
Brooklyn, NY 11230

**Myron Siegel**
974 E. 18th Street
Brooklyn, NY 11230

**Nostrand Partners LLC**
1820 Avenue K
Brooklyn, NY 11230

**Powerline Funding LLC**
181 S. Franklin #300
Cedarhurst, NY 11581

**Roman Fuman**
1560 West 10th Street #3R
Brooklyn, NY 11204

**Rose Frankel**
28 Majestic Way
Lakewood, NJ 08701

**Selina Siegel**
974 E. 18th Street
Brooklyn, NY 11230

**Sundial Holdings LLC**
1820 Avenue K
Brooklyn, NY 11230

**Susanna Weiss**
7087 Via Marbella
Boca Raton, FL 33433

**Thomson Reuters**
Payment Center
PO Box 6292
Carol Stream, IL 60197

**TK Elite**
4313 18th Avenue
Brooklyn, NY 11218

**TWT Realty**
4313 18th Avenue
Brooklyn, NY 11218

**Yeshiva Or Hadash**
212 Laurie Lane
West Hempstead, NY 11552

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

IN RE: **Quicksilver Capital LLC**             CASE NO 8-24-71822

                                                CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date __**05/17/2024**__     Signature _____**/s/ Michael Puderbeutel**_____
                                         Michael Puderbeutel, CEO

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 1073-2(b)

DEBTOR(S): **Quicksilver Capital LLC**                          CASE NO.: **8-24-71822**

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (*or any other petitioner*) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. §101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. §541(a).]

- [x] NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.
- [ ] THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*):
_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE*: Pursuant to 11 U.S.C. §109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): **Y**

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

| /s/ Charles Wertman | /s/ Quicksilver Capital LLC |
|---|---|
| Signature of Debtor's Attorney | Signature of Pro Se Debtor/Petitioner |
| | **181 South Franklin Ave.** |
| | Mailing Address of Debtor/Petitioner |
| | **Valley Stream, NY 11581** |
| | City, State, Zip Code |
| | **(866) 629-4464** |
| | Area Code and Telephone Number |

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice. **NOTE**: Any change in address must be reported to the Court immediately **IN WRITING**. Dismissal of your petition may otherwise result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:  **Quicksilver Capital LLC**

          Debtor(s).

Chapter 11
Case No.: **8-24-71822**
STATEMENT PURSUANT TO LOCAL RULE 2017

---

I, __Charles Wertman, Esq.__, an attorney admitted to practice in this Court states:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $16,738.00.

Dated: 05/17/2024

/s/ Charles Wertman

Attorney for debtor(s)

# United States Bankruptcy Court
## Eastern District of New York

In re  **Quicksilver Capital LLC**                              Case No.  **8-24-71822**
                                  Debtor(s)                      Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Quicksilver Capital LLC**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

_____**05/17/2024**_____                    _____**/s/ Charles Wertman**_____
Date                                           **Charles Wertman**
                                               Signature of Attorney or Litigant
                                               Counsel for __**Quicksilver Capital LLC**__
                                               Bar Number: 2593267
                                               Law Offices of Charles Wertman P.C.
                                               100 Merrick Road Suite 304W
                                               Rockville Centre, NY 11570-4807
                                               Phone: (516) 359-1334
                                               Email: charles@cwertmanlaw.com