**4208 LLC**
181 S. Franklin Ave.
Valley Stream, NY 11581

**A Zeines**
1099 Park Place
Brooklyn, NY 11213

**CSC**
PO Box 13397
Philadelphia, PA 19101

**ETC Cust FBO F Puderbeutel**
1 Equity Way
Westlake, OH 44145

**ETC CUST FBO/ Marvin Neiman**
1 Equity Way
Westlake, OH 44145

**ETC Custodian FBO Murray Puderbeutel**
1 Equity Way
Westlake, OH 44145

**Eugene Kim**
823 E. 16th Street 301
Brooklyn, NY 11230

**F Puderbeutel**
1820 Avenue K
Brooklyn, NY 11230

**First Realty LLC**
1820 Avenue K
Brooklyn, NY 11218

**Invictus Trust**
66 Lewis Avenue
Atlantic Beach, NY 11509

**Issur Handler**
28 Majestic Way
Lakewood, NJ 08701

**J Greenberger**
754 Althouse Street
Woodmere, NY 11598

**J Tepfer Family Trust**
4313 18th Avenue
Brooklyn, NY 11218

**Jack Jaffa**
147 Prince Street
Brooklyn, NY 11201

**Jacobowitz Newman Tversky**
377 Pearsall Ave.
Cedarhurst, NY 11516

**Joe Robinson**
1823 Avenue O
Brooklyn, NY 11230

**Jonathan Weiss**
1836 Stuyvesant Ave.
East Meadow, NY 11554

**Judah Weiss**
7087 Via Marbella
Boca Raton, FL 33433

**Leslie Capobianco**
81 Montgomery Blvd.
Atlantic Beach, NY 11509

**Lisa Kleydman**
P.O. Box 61785
Staten Island, NY 10306

**Loretta Mehl**
41 Old Squires Rd
Hampton Bays, NY 11946

**M Blumenfeld**
5503 19th Ave.
Brooklyn, NY 11204

**M Gottlieb**
260 Central Ave. #330
Lawrence, NY 11559

**M Tereshchemko**
1560 West 10th Street #3R
Brooklyn, NY 11204

**M Weissman**
4313 18th Avenue
Brooklyn, NY 11218

**Marc Puderbeutel**
1383 Seabury Ave
Bronx, NY 10461-3629

**Marta Tereshchnko**
1560 West 10th Street #3R
Brooklyn, NY 11204

**Michael Puderbeutel**
181 S. Franklin Ave 300
Valley Stream, NY 11581

**Michal Weiss**
209 Causeway
Lawrence, NY 11559

**Mitchell Weiss**
7087 Va Marbelle
Boca Raton, FL 33433

**MPFP Family Trust**
1820 Avenue K
Brooklyn, NY 11230

**Murray Puderbeutel**
1820 Avenue K
Brooklyn, NY 11230

**Myron Siegel**
974 E. 18th Street
Brooklyn, NY 11230

**Nostrand Partners LLC**
1820 Avenue K
Brooklyn, NY 11230

**Powerline Funding LLC**
181 S. Franklin #300
Cedarhurst, NY 11581

**Roman Fuman**
1560 West 10th Street #3R
Brooklyn, NY 11204

**Rose Frankel**
28 Majestic Way
Lakewood, NJ 08701

**Selina Siegel**
974 E. 18th Street
Brooklyn, NY 11230

**Sundial Holdings LLC**
1820 Avenue K
Brooklyn, NY 11230

**Susanna Weiss**
7087 Via Marbella
Boca Raton, FL 33433

**Thomson Reuters**
Payment Center
PO Box 6292
Carol Stream, IL 60197

**TK Elite**
4313 18th Avenue
Brooklyn, NY 11218

**TWT Realty**
4313 18th Avenue
Brooklyn, NY 11218

**Yeshiva Or Hadash**
212 Laurie Lane
West Hempstead, NY 11552

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

IN RE: **Quicksilver Capital LLC**　　　　　　　　　　CASE NO 8-24-71822

　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date __**05/17/2024**__　　Signature _____**/s/ Michael Puderbeutel**_____
　　　　　　　　　　　　　　　　　　　　　Michael Puderbeutel, CEO