# United States Bankruptcy Court
## Eastern District of New York

In re **Quicksilver Capital LLC**  
Debtor(s)

Case No. **8-24-71822**  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Quicksilver Capital LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**05/17/2024**  
Date

/s/ Charles Wertman  
Charles Wertman  
Signature of Attorney or Litigant  
Counsel for **Quicksilver Capital LLC**  
Bar Number: 2593267  
Law Offices of Charles Wertman P.C.  
100 Merrick Road Suite 304W  
Rockville Centre, NY 11570-4807  
Phone: (516) 359-1334  
Email: charles@cwertmanlaw.com