UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____X    Cases No. Case No. 24-71822

In re
Quicksilver Capital LLC                  Chapter 11 (Subchapter V)
    Debtor

**Corporate Resolution
Pursuant to
E.D.N.Y . LBR 1074-1(a)**

_____X

# WRITTEN CONSENT OF QUICKSILVER CAPITAL LLC

On behalf of Quicksilver Capital LLC the undersigned, Michael Puderbeutel, pursuant to the authority granted by the Operating Agreement of the Company and in his capacity as the designated Managing Agent of the Company, hereby consents to the following resolutions:

**WHEREAS**, it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of Chapter 11 of Title11 of the United States Code (the "Bankruptcy Code");

**RESOLVED**, that Michael Puderbeutel, as Managing Agent of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

**RESOLVED**, that Michael Puderbeutel, as Managing Agent of the Company, is authorized to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

**RESOLVED**, that Michael Puderbeutel, as Managing Agent of the Company, be and herby is, authorized to employ the as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, Michael Puderbeutel is hereby authorized to execute appropriate retention documents, pay appropriate retainers prior to, immediately upon filing of the Chapter 11 case and thereafter and cause to be filed an appropriate application for authority to retain the services of the Law Offices of Charles Wertman;

**RESOLVED FURTHER**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and behalf of the Company, which acts would have been approved by the foregoing resolutions except that such actions were taken before these resolutions were certified, are hereby in all respects approved and ratified.

Dated:  Rockville Centre, New York
　　　　May 22, 2024

　　　　　　　　　　　　　　　　　\s Michael Puderbeutel
　　　　　　　　　　　　　　　　　Managing Agent